UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Joseph Laucius and Loreilynn Laucius

Case No.:     12-37965-MBK

Chapter:     13

Judge:     Michael B. Kaplan

## NOTICE OF DEFICIENCY
## IN APPLICATION FOR UNCLAIMED FUNDS

    The Court is in receipt of your Application for Unclaimed Funds. Unfortunately, in processing the Application, the Court noted certain deficiencies that must be corrected before the Application can be evaluated and the funds can be released.

    The Application will be placed on an administrative hold. To the extent the missing documents are received within twenty-one (21) days of the date of this Notice, the administrative hold will be lifted, applicable deadlines will be reset, and the Court will process the Application in the ordinary course. In the event the deficiencies are not corrected in a timely manner, the Application will be denied.

    Please see the following page for more details and please review the Instructions for Filing Application for Payment of Unclaimed Funds and our Court's Local Rule 3011-1 regarding Unclaimed Funds, both of which are available on the Court's website:
    http://www.njb.uscourts.gov/content/unclaimed-funds-arising-bankruptcy-case.

The following item(s) were missing from your Application:

☐ **Application** - *The form Application for Unclaimed Funds can be found on the Court's website and must be completed in its entirety.*

☐ **Supporting Documentation** - *Pursuant to Box 3 of the Application, you must submit appropriate Supporting Documentation. Please be aware that the type of documentation required will vary depending on the circumstances and who is filing the Application (see Section B of the Instructions). Be assured that any personally identifying information (such as a copy of a driver's license) will be redacted on the Court's docket and will not be available to the public. If your address has changed and/or the address or name on the Supporting Documentation does not match the address or name in the Court's records, the applicant must provide a Certification explaining the discrepancy.*

☑ **Certification of Service** - *This document, which is available on the Court's website, confirms that a copy of the Application was served on the United States Attorney in accordance with the Local Bankruptcy Rule 3011-1(b)(4) at the following address:*

> *Office of the United States Attorney*
> *District of New Jersey*
> *Peter Rodino Federal Building*
> *970 Broad Street, Suite 700*
> *Newark, New Jersey 07102*

☐ **Proposed Order** - *In accordance with the Rules, the applicant must provide the Court with the Court's standard Order Granting Application for Payment of Unclaimed Funds. This document is available on the Court's website. In the event the Application is approved, this document will be used by the Court to officially grant the Application; therefore, the applicant should fill in the information on this document to the best of his/her ability.*

☐ **Other** -

***Your Application has been placed on an administrative hold.***
***Any missing documents must be received within twenty-one (21) days. Failure to submit missing documents in a timely manner will result in denial of the Application.***