Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 12−37965−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph Laucius
38 Maple Ave
Edison, NJ 08837

Loreilynn Laucius
38 Maple Ave
Edison, NJ 08837

Social Security No.:
xxx−xx−7507

xxx−xx−3500

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on August 16, 2024, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 112 − 108
Order Denying Application For Payment of Unclaimed Funds (Related Doc # 108). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/16/2024. (wiq)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 16, 2024
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 12-37965-MBK
Joseph Laucius                                                                                      Chapter 13
Loreilynn Laucius
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3             User: admin             Page 1 of 2
Date Rcvd: Aug 16, 2024       Form ID: orderntc       Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Joseph Laucius, Loreilynn Laucius, 38 Maple Ave, Edison, NJ 08837-3316 |
| intp | + Sheila Rodriguez, 85 Broad St., 10th fl, New York, NY 10004-2787 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2024           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo (NA) | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor Selene Finance CP-SRMOF II 2012-A Trust nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Flagstar Bank FSB nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 16, 2024 | Form ID: orderntc | Total Noticed: 2 |

Denise E. Carlon
    on behalf of Creditor Flagstar Bank  FSB bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com

Robert C. Nisenson
    on behalf of Debtor Joseph Laucius r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Robert C. Nisenson
    on behalf of Joint Debtor Loreilynn Laucius r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Ryan A. Gower
    on behalf of Creditor SELENE FINANCE rgower@duanemorris.com  jalowe@duanemorris.com

Ryan A. Gower
    on behalf of Creditor Selene Finance as servicer for Flagstar Bank  FSB rgower@duanemorris.com, jalowe@duanemorris.com

Shauna M Deluca
    on behalf of Creditor PNC BANK  N.A. sdeluca@hasbanilight.com, hllawpc@gmail.com

TOTAL: 11