UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on August 16, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph Laucius and Loreilynn Laucius

Case No: 12-37965

Chapter: 13

Judge: Michael B. Kaplan

# ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: August 16, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On July 1, 2024 an application (the "Application") (ECF No. 108) for unclaimed funds was filed by Banco Popular North America (the "Claimant") for payment of unclaimed funds deposited with the Court pursuant to 11 U.S.C. § 347(a) for the amount of $3,343.22. Upon review of the Application, the Court issued a Notice of Deficiency on July 23, 2024 (ECF No. 111) (the "Notice") which identified that Certification of Service was missing from the Application. As of the date of this Order, the Court has not received the requested Certification of Service listed in the Notice and the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

**ORDERED that the Application is denied.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 12-37965-MBK |
| Joseph Laucius | Chapter 13 |
| Loreilynn Laucius | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 16, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Laucius, Loreilynn Laucius, 38 Maple Ave, Edison, NJ 08837-3316 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo (NA) | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor Selene Finance CP-SRMOF II 2012-A Trust nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Flagstar Bank  FSB nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | |

| | |
|---|---|
| | on behalf of Creditor Flagstar Bank FSB bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com |
| Robert C. Nisenson | on behalf of Debtor Joseph Laucius r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| Robert C. Nisenson | on behalf of Joint Debtor Loreilynn Laucius r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| Ryan A. Gower | on behalf of Creditor Selene Finance as servicer for Flagstar Bank FSB rgower@duanemorris.com, jalowe@duanemorris.com |
| Ryan A. Gower | on behalf of Creditor SELENE FINANCE rgower@duanemorris.com jalowe@duanemorris.com |
| Shauna M Deluca | on behalf of Creditor PNC BANK N.A. sdeluca@hasbanilight.com, hllawpc@gmail.com |

TOTAL: 11